IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 17-cv-727-wmc

TERRY A. GIVENS-SCHULTZ,

    Defendant.

---

ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

---

A copy of the petition and order to show cause having been served on respondent on December 19, 2017, and the respondent Terry A. Givens-Schultz having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Bryan Rudser or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of LBS Expediting Service LLC and Terry A. Givens-Schultz, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

All books, papers, records or other documents demanded in the Internal Revenue Service summonses served upon respondent on March 15, 2017.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Revenue Officer Bryan Rudser, Internal Revenue Service, 1242 Fourier Drive, Madison, Wisconsin 53717,

telephone number 608-421-7930, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

**FAILURE TO COMPLY WITH THIS ORDER TO ENFORCE SUMMONS WILL LIKELY RESULT IN AN ORDER TO APPEAR AND SHOW CAUSE WHY YOU SHOULD NOT BE HELD IN CONTEMPT OF COURT.**

Entered this 8th day of January, 2018.

BY THE COURT:

William M. Conley
District Judge